UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MICHAEL SACKETT; CHANTELL SACKETT,

    Plaintiffs-Appellants,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, Administrator,

    Defendants-Appellees.

No. 19-35469

D.C. No. 2:08-cv-00185-EJL
District of Idaho,
Boise

ORDER

Before: GOULD and FRIEDLAND, Circuit Judges, and OTAKE,* District Judge.

In accordance with the United States Supreme Court's opinion in *Sackett v. EPA*, 143 S. Ct. 1322 (2023), the district court's entry of summary judgment for EPA is **REVERSED**, and the matter is **REMANDED** for proceedings consistent with the Supreme Court's opinion.

---

    * The Honorable Jill Otake, United States District Judge for the District of Hawaii, sitting by designation.